PREET BHARARA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant U. S. Attorney
86 Chambers Street, 3rd floor
New York, NY 10007
Tel. (212) 637-2804
Email: Susan.Branagan@usdoj.gov

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
                                          :
JOHN GRANT,
                                          :       **BRIEFING SCHEDULE**
            Plaintiff,
                                          :
        - v. -                                    09 Civ. 9314 (NRB)
                                          :
MICHAEL J. ASTRUE,
Commissioner of Social Security,          :

            Defendant.                    :
- - - - - - - - - - - - - - - - - - - - - x


IT IS HEREBY ORDERED that:

1.  Defendant shall file any motion for judgment on the pleadings on or before June 18, 2010; and

2.  Plaintiff shall file answering papers no later than July 18, 2010.


SO ORDERED:

_[signature]_
United States District Judge
6/15/10